# United States Bankruptcy Court
# Middle District of North Carolina

## CERTIFICATE OF READINESS AND COMPLETION OF RECORD
Notice of Appeal

**IN RE:** Bankruptcy Case No: B-09-06-80976   Adversary No.: A-08-9028
Case Title:

TO: CLERK, US DISTRICT COURT
(newcases@ncmd.uscourts.gov)

Appellant(s):   SunTrust Bank

Attorney of Record for Appellant(s): Joseph J. Vonnegut

Appellee(s): John A. Northen, Trustee for John G. McCormick et al

Attorney of record for Appellee(s): David M. Rooks

Trustee: John A. Northen

Debtor/Attorney for Debtor: John G. McCormick - Pro Se

Bankruptcy Administrator: Michael D. West

The undersigned Deputy Clerk of the U.S. Bankruptcy Court hereby certifies that the record on appeal is complete and ready for transmission. The Statement of Issues and Designation of Record have been filed.

I hereby certify that a copy of this certificate was served on the above listed attorneys and the Debtor on this date.

REID WILCOX
DATE:   December 2, 2009            Clerk, US Bankruptcy Court
 Sandy Davis 
Deputy Clerk